UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER HOIDA** ) | Case Number |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL COMPLAINT** |
| ) | |
| **NCO FINANCIAL SYSTEMS, INC.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **Defendant** ) | |
| ) | |

## COMPLAINT AND JURY DEMAND

**COMES NOW,** Plaintiff, Jennifer Hoida, by and through her undersigned counsel, Bruce Warren of Warren & Vullings, LLP, complaining of Defendant, and respectfully avers as follows:

### I.    INTRODUCTORY STATEMENT

1. Plaintiff, Jennifer Hoida, is an adult natural person and brings this action for actual and statutory damages and other relief against Defendant for violations to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

### II.    JURISDICTION

2. Jurisdiction of this court arises under 15. U.S.C. § 1692k(d) and 28 U.S.C. §1337.

3. Venue in this District is proper in that the Defendant transacts business in this district and the Defendant's principal place of business is in this district.

**III.    PARTIES**

4.     Plaintiff, Jennifer Hoida, is an adult natural person residing at 1118 17th Avenue, Menominee, MI 49858.

5.     Defendant, NCO Financial Systems, Inc. ("Defendant"), at all times relevant hereto, is and was a corporation engaged in the business of collecting debt within the State of Michigan and the Commonwealth of Pennsylvania with its principal place of business located at 507 Prudential Road, Horsham, PA 19044.

6.     Defendant is engaged in the collection of debts from consumers using the telephone and mail.  Defendant regularly attempts to collect consumer debts alleged to be due to another.  Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

**IV.    FACTUAL ALLEGATIONS**

7.     Beginning in November 2008, Defendant began to call Plaintiff's home at approximately 7 a.m. each morning.  Please see digital photographs of Plaintiff's caller ID taken by the Plaintiff appended hereto and marked "**EXHIBIT A**".  These prohibited communications were in regards to an alleged debt owed to Bay Area Medical Center.

8.     Defendant, by and through its agents, have told Plaintiff the alleged debt is owed by Jennifer Ashland, that it is from services provided on 12/19/06 and is in the amount of $182.00

9.     Ashland is the Plaintiff's maiden name.  Plaintiff was married in June 2005 and did not use her maiden name after being married.

10. Plaintiff contacted Bay Area Medical Center and spoke to Michelle in the billing department. According to Michelle, there is no record of a bill in the amount of $182.00 in the Plaintiff's maiden name, married name or her social security number.

11. Defendant has reported the account as Derogatory Collections on Plaintiff's credit report 3 times in the month of October 2008. Please see copies of the credit alerts Plaintiff received for the month of October appended hereto and marked as "**EXHIBIT B**".

12. Defendant failed to send Plaintiff a 30 day validation notice as required by Federal law.

13. The Defendant acted in a false, deceptive, misleading and unfair manner when they engaged in conduct the natural consequence of which is to harass, oppress or abuse such person in connection with the collection of a debt.

14. The Defendant knew or should have known that their actions violated the FDCPA. Additionally, Defendant could have taken the steps necessary to bring their and their agent's actions within compliance of the FDCPA, but neglected to do so and failed to adequately review those actions to insure compliance with the law.

15. At all times pertinent hereto, Defendant was acting by and through its agents, servants and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of Defendant herein.

16. At all times pertinent hereto, the conduct of Defendant as well as its agents, servants and/or employees, was malicious, intentional, willful, reckless, negligent and in wanton disregard for federal and state law and the rights of the Plaintiff herein.

17. As a result of Defendant's conduct, Plaintiff has sustained actual damages, including, but not limited to, injury to Plaintiff's reputation, invasion of privacy, damage to Plaintiff's credit, out-of-pocket expenses, physical, emotional and mental pain and anguish and pecuniary loss and he will continue to suffer same for an indefinite time in the future, all to his great detriment and loss.

### COUNT 1 - FDCPA

18. The above paragraphs are hereby incorporated herein by reference.

19. At all times relevant hereto, Defendant was attempting to collect an alleged debt which was incurred by Plaintiff for personal, family or household purposes and is a "debt" defined by 15 U.S.C. § 1692a(5).

20. The foregoing acts and omissions constitute violations of the FDCPA, including, but not limited to, violations of §§ 1692c(a)(1), d, d(5), d(6), e, e(2), e(8), e(10), e(11), f and g.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant, NCO Financial Systems, Inc. for the following:

a. Declaratory judgment that Defendant's conduct violated the FDCPA and declaratory and injunctive relief for the Defendant's violations of the state Act.

b. Actual damages;

c. Statutory damages pursuant to 15 U.S.C. § 1692k;

d. Reasonable attorney's fees and litigation expenses, plus costs of suit;

e. Such addition and further relief as may be appropriate or that the interests of justice require.

**V.**     **JURY DEMAND**

Plaintiff hereby demands a jury trial as to all issues herein.

                              **Respectfully submitted,**

                              **WARREN & VULLINGS, LLP**

**Date: July 2, 2009**          **BY:**     **/s/Bruce K. Warren**
                                                Bruce K. Warren, Esq.
                                                Warren & Vullings, LLP
                                                1603 Rhawn Street
                                                Philadelphia, PA  19111
                                                215-745-9800   Fax 215-745-7880
                                                Attorney for Plaintiff